# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

CAPITOL RECORDS, INC.,
et al

                                        CASE NO. 3:07cv1/MCR/MD

        VS

MARK NORRIS

## REFERRAL AND ORDER

Referred to Judge Rodgers on _____ MAY 8, 2007 _____
Type of Motion/Pleading: MOTION FOR EXTENSION OF TIME EFFECTUATE
SERVICE
Filed by: ___ PLAINTIFFS ___ on _ 5/7/07 _ Document ___ 5 ___
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____
                         WILLIAM M. McCOOL, CLERK OF COURT

                         ___ s/L. James _____
                         Deputy Clerk

## ORDER

        Upon consideration of the foregoing, it is ORDERED this 8th day of
May, 2007, that:
        The requested relief is GRANTED.


        s/ *M. Casey Rodgers*
        _____
        M. CASEY RODGERS
        UNITED STATES DISTRICT JUDGE


Entered On Docket: _____ By: _____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____